# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## COMPLAINT FORM

APR 26 2022 AM 10:10
FILED-USDC-CT-HARTFORD

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

ROBERT HARRIS

v.

Case No. 3:22cv592 MPS
(To be supplied by the Court)

Full names of Defendant(s)   SCRANTON MOTORS, INC AND GENERAL MOTORS
(Do not use *et al.*)

## A. PARTIES

1. ROBERT HARRIS is a citizen of U.S. of SOUTH WINDSOR, CT who
   (Plaintiff)                                    (State)
presently resides at 16 Hillcrest SOUTH WINDSOR, CT 06074.
                        (mailing address)

2. Defendant SCRANTON MOTORS, INC is a citizen of _____
             (name of first defendant)                (State)
whose address is 777 Tallcotville Road VERNON, CT.

3. Defendant _GENERAL MOTORS_ is a citizen of _U.S._
   (name of second defendant)                               (State)

   whose address is _DETROIT, MI_

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES."  Be sure to include each defendant's identity and complete address.)

## B. JURISDICTION
The jurisdiction of this court is invoked pursuant to: (list statute(s))

_____

_____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

I PURCHASED A 2003' SUBURBAN, IT WAS SWITCHED ON ME TO A 2002' DEFECTIVE LS TRAILBLAZER.

FOR YEARS I TRIED TO GO THROUGH THE STATE OF "CT.", THEY WOULD ONLY TELL ME THEY COULD ONLY QUOTE, "RECOMMEND LEGAL ACTION, THEY DO NOT REPRESENT THE COMPLAINTANT.

STATE SAYS WRITE OR CALL, (I THINK STATE PICKS THERE CASES) YOU GO TO ANY STATE CONSUMER-PROTECTION OFFICE, YOU CAN'T GET PAST GUARD OR STEEL GATE OR PLIXI-GLASS. WHEN CONSUMER-PROTECTION WAS AT 165 CAPITAL AVE, YOU COULD WALK IN AND BE SEEN, NOW THEY HAVE (3) BIG OFFICES, AND YOU CAN SEE NO ONE, IT'S LIKE BIG BUSINESS HAVE THE LAW OF THE STATE, ON THEIR SIDE.

# D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I**: _____

_____

_____

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

**Claim II**: _____

_____

_____

Supporting Facts:

### E. REQUEST FOR RELIEF
WHEREFORE, plaintiff demands: (state the relief you seek)

FOR TWENTY YEARS, "20" BILLION DOLLARS, REPLACEMENT OF MY SUBURBAN, LAWYER AND COURT FEES, PLUS PAIN AND SUFFERING, AND PAYMENT FOR FORGING "SAMPLE" DEFECTIVE S.U.V. OFF ASSEMBLY LINE IN MY NAME AFTER (1) YEAR, SEPT. 21ST 2001 - SEPT. 21ST 2002 BEFORE 2003 S.U.V.'S CAME OFF ASSEMBLY LINE, I WOULD ALSO LIKE A PART OF PROFITS ON DEFECTIVE 2002-2007 S.U.V.'S G.M. SOLD AFTER PUTTING WELL KNOWN DEFECTIVE SAMPLER S.U.V. IN MY NAME.

### F. JURY DEMAND

Do you wish to have a jury trial? (Yes)     No

_____     _____
Original signature of attorney (if any)   **Plaintiff's Original Signature**

_____     _____
Printed Name                                        Printed Name



( )                                                          ( )
Attorney's full address and telephone    Plaintiff's full address and telephone


Email address if available               Email address if available


## DECLARATION UNDER PENALTY OF PERJURY

    The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____ on _____.
                      (location)                          (date)

                                              _____
                                              **Plaintiff's Original Signature**


(Rev.3/29/16)

5